IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02021-REB-PAC

BRIDGWATER APARTMENTS, LLC, a Colorado limited liability company,
f/k/a MESA VERDE VILLAS, a California general partnership,

    Plaintiff,

v.

6401 SOUTH BOSTON STREET, INC., a Florida corporation, and
HEITMAN CAPITAL MANAGEMENT, LLC, a Florida limited liability company,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    The Court, upon being advised of Defendant 6401 South Boston Street, Inc.'s unopposed motion to vacate and reset the Scheduling/Planning Conference, hereby **GRANTS** the motion.

    The Scheduling/Planning Conference set for Monday, November 14, 2005 at 9:00 a.m. is hereby **vacated** and the Scheduling/Planning Conference is reset for **Monday, November 28, 2005 at 9:00 a.m.,** in Courtroom A501.  The proposed Scheduling Order is due on or before **November 23, 2005.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  November 3, 2005