IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-02021-REB-PAC

BRIDGWATER APARTMENTS, LLC a Colorado limited liability company, f/k/a MESA VERDE VILLAS, a California general partnership,

      Plaintiff,

v.

6401 SOUTH BOSTON STREET, INC., a Florida corporation, and HEITMAN CAPITAL MANAGEMENT, LLC, an Iowa limited liability company,

      Defendants.

---

### ORDER GRANTING JOINT MOTION TO AMEND CAPTION

THIS MATTER comes before the Court on Bridgwater, South Boston and Heitman's Joint Motion to Amend Caption ("**Joint Motion**") [Doc # 33]. The Court, having read the Joint Motion and reviewed the file, and being otherwise sufficiently advised in the premises, finds that this matter is ripe for disposition. The Court:

ORDERS that Joint Motion [Doc #33] be, and the same is hereby, GRANTED,

ORDERS that the caption in this matter will hereby reflect that Heitman is an Iowa limited liability company.

ORDERED this 20th day of January 2006.

BY THE COURT:

s/ Patricia A Coan
Patricia A Coan
☐ United States District Court Judge
☒ United States District Court Magistrate Judge