IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02021-REB-PAC

BRIDGWATER APARTMENTS, LLC, a Colorado limited liability company, f/k/a MESA VERDE VILLAS, a California general partnership,

    Plaintiff,

v.

6401 SOUTH BOSTON STREET, INC., a Florida corporation, and
HEITMAN CAPITAL MANAGEMENT, LLC, an Iowa limited liability company,

    Defendants.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion for Protective Order [Doc. No. 35] is **GRANTED**. The attached Stipulated Protective Order on Confidentiality is made an order of the Court this date.

Dated: January 30, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-02021-REB-PAC

BRIDGWATER APARTMENTS, LLC a Colorado limited liability company, f/k/a MESA VERDE VILLAS, a California general partnership,

    Plaintiff,

v.

6401 SOUTH BOSTON STREET, INC., a Florida corporation, and
HEITMAN CAPITAL MANAGEMENT, LLC, a Florida limited liability company,

    Defendants.

## STIPULATED PROTECTIVE ORDER ON CONFIDENTIALITY

THIS MATTER comes before the Court on the request of the parties for the Court to enter this Stipulated Protective Order on Confidentiality ("**Order**") submitted by **BRIDGWATER APARTMENTS, LLC f/k/a MESA VERDE VILLAS** ("**Bridgwater**"), in its capacity as Plaintiff in this action (the "**Civil Suit**"), **6401 SOUTH BOSTON STREET, INCORPORATED** ("**Boston Street**"), in its capacity as a Defendant in the Civil Suit and **HEITMAN CAPITAL MANAGEMENT LLC** ("**Heitman**")[1], in its capacity as a Defendant in the Civil Suit (collectively as to all parties, the "**Recipients**"). The Court, having read the proposed form of Order, and having reviewed the file, and being otherwise sufficiently advised in the premises, finds that this matter is ripe for disposition. The

---

[1] The case caption incorrectly identified Heitman as a Florida limited liability company. In fact, it is an Iowa limited liability company.

Court further finds that this Order is in the best interests of Bridgwater, Boston Street and Heitman and that the parties have approved the entry of this Order.

It is therefore ORDERED as follows:

1. **Confidential Information**. For the purposes of this Order, "**Confidential Information**" means all information furnished by Bridgwater, Boston Street and Heitman, and their Representatives (as defined below) in connection with the Civil Suit, including without limitation information furnished prior to the date hereof, whether oral or written, and regardless of the form of communication or the manner in which it is furnished, and all analyses, compilations, data, studies, notes, interpretations, memoranda, extracts or other documents prepared by any Recipient or any Recipient's Representative containing or based in whole or in part on any such furnished information. Confidential Information does not include, however, information which (a) is or becomes generally available to the public other than as a result of a disclosure by any Recipient or any Recipient's Representative; or (b) was or becomes available to any Recipient or any Recipient's party on a non-confidential basis from a person, other than any Recipient or any Recipient's Representative, who is not known by the Recipient (after due inquiry, in the case of any information obtained from a person where the nature of the information or the relationship of the person from whom it was obtained would indicate a reasonable possibility that such person may be subject to restrictions with respect to the disclosure of such information) to be bound by a confidentiality agreement with any Recipient or any Recipient's Representative or to otherwise be under any legal obligation not to transmit the information to any party. As used in this Order, the term "**Representative**" means, as to any person, such person's managers, members, directors, officers, partners, employees, consultants, independent

2

contractors, agents, affiliates, attorneys, and advisors (including, without limitation, financial advisors, counsel and accountants). As used in this Order the term "**person**" shall be broadly interpreted to include, without limitation, the media, any corporation, company, partnership, limited liability company, other entity or individual and includes, without limitation, any party's competitors, customers or suppliers.

2.   *Title to Confidential Information.*   Bridgwater, Boston Street and Heitman, and their Representatives shall treat all Confidential Information as secret, confidential, proprietary and the sole and exclusive property of the disclosing party. Bridgwater, Boston Street and Heitman, and their Representatives shall safeguard with the greatest care and concern and return all such Confidential Information furnished to them hereunder together with all copies thereof, promptly upon the request of the disclosing party.

3.   *Nondisclosure or Use of Confidential Information.*   Bridgwater, Boston Street and Heitman, and their Representatives shall hold all Confidential Information disclosed to them in the strictest confidence and may use the same only for the purpose of the Civil Suit and for no other purpose whatsoever. Bridgwater, Boston Street and Heitman, and their Representatives may not convert, retain or use, in any other way, any Confidential Information, nor will they transmit, reveal, disclose, divulge or give access to the same, except that they may disclose or give access to the Confidential Information only to those individuals who are directly connected with the Civil Suit on a "need-to-know" basis. Individuals that "need to know" include the Court and persons employed by it, the attorneys of record with respect to the Civil Suit and their respective law firms, testifying and/or consulting experts who are retained in connection with the

3

Civil Suit, any other witnesses for whose testimony the Confidential Information is or will be necessary, including any witness or expert witness of an opposing party, or any current or former employees of an opposing party or their Representatives. Bridgwater, Boston Street and Heitman, and their Representatives shall advise all persons who have access to the Confidential Information by, through or under them of the confidential, secret and proprietary nature thereof.

4. **Unauthorized Use**. Bridgwater, Boston Street and Heitman, and their Representatives shall promptly advise all other Recipients in writing, as well as their counsel and the Court, if they learn of any unauthorized use or disclosure of Confidential Information by any person. Bridgwater, Boston Street and Heitman, and their respective Representatives shall use all means within their ability to avoid or restrain any unauthorized use or disclosure of any Confidential Information by persons receiving such Information by, through or under them.

5. **Electronic Evidence.** Bridgwater, Boston Street and Heitman, and their Representatives have agreed to preserve, in its original state and in its original format, any and all electronic data currently in their possession that concerns the issues presented in the Civil Suit until such time as the Civil Suit concludes either by settlement or final, non-appealable judgment. All such electronic evidence produced in connection with the Civil Suit shall be protected pursuant to the terms of this Order.

6. **Term**. The obligations of each Recipient under this Order shall continue for as long as the Recipient has Confidential Information in its possession, custody or control.

4

7.  **_Enforcement._**  The provisions of this Order shall be enforceable notwithstanding the existence of any claim or cause of action of any party against any other party whether predicated on this Order or otherwise.  Nothing in this Order is intended to abrogate, replace or diminish the scope of any pre-existing confidentiality agreement or other document or instrument previously entered into by, or otherwise binding upon, any party or third party with respect to the subject matter hereof and to the extent that any conflict or inconsistency shall exist or arise between any such pre-existing agreement or document and this Order, the provision which most strongly protects the confidentiality of information shall in all instances govern and control as among Bridgwater, Boston Street and Heitman and their respective Representatives.

8.  **_Florida Public Records Act._**  The provisions of this Order shall not apply to disclosures required by Florida Public Records Act, Section 119.01, et.seq., Florida Statutes (2005).  Nothing in this Order is intended to abrogate, replace or diminish in any way the scope or applicability of that statute.  Should a party receive a request for inspection, copying, or other disclosure of Confidential Information pursuant to Florida's Public Records Act, the party receiving the request shall, within a reasonable time, notify the other Recipients of the receipt of the request and of the disclosure of the Confidential Information.

9.  **_Mandatory Disclosure._**  Notwithstanding anything to the contrary contained in this Order, if any party is required by subpoena or other judicial or administrative process to disclose any Confidential Information, such disclosure shall not be deemed a breach or violation of this Order.

5

DATED this 30TH day of January, 2006.

BY THE COURT:

s/ PATRICIA A COAN
PATRICIA A COAN
United States Magistrate Judge
United States District Court Judge

APPROVED:

| | |
|---|---|
| s/Douglas M. Tisdale, Esq. | s/ Kristin M. Bronson, Esq. |
| Douglas M. Tisdale, Esq. | Scott M. Browning, Esq. |
| Scott M. Ayler, Esq. | Kristin M. Bronson, Esq. |
| Tisdale & Associates LLC | Rothgerber Johnson & Lyons LLP |
| 1600 Broadway, Suite 2600 | 1200 17th Street, Suite 3000 |
| Denver, CO 80202 | Denver, Colorado 80202 |
| (303) 832-1800 | (303) 623-9000 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Heitman* |

s/ Michael J. Carrigan, Esq.
Michael J. Carrigan, Esq.
Jonathan S. Bender, Esq.
Holland & Hart LLP
555 17th Street, Suite 3200
PO Box 8749
Denver, Colorado 80201
(303) 295-8000

*Attorneys for Defendant South Boston*

6