IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02021-REB-PAC

BRIDGWATER APARTMENTS, LLC, a Colorado limited liability company, f/k/a MESA VERDE VILLAS, a California general partnership,

    Plaintiff,

v.

6401 SOUTH BOSTON STREET, INC., a Florida corporation, and
HEITMAN CAPITAL MANAGEMENT, LLC, an Iowa limited liability company,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Emergency Motion for Determination Concerning Discovery Dispute dated June 30, 2006 (doc. 58) is denied without prejudice for lack of compliance with D.C.COLO.L.CivR 7.1A.  Further, counsel are again advised that email or other correspondence does not meet the requirement to "confer" under either the local rule or Rule 37(a)(2), et seq. Fed. R. Civ. P.

Dated:  June 30, 2006