IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-2021-REB-PAC

BRIDGWATER APARTMENTS, LLC, a Colorado limited liability company f/k/a MESA VERDE VILLAS, a California general partnership,

　　Plaintiff,

v.

6401 SOUTH BOSTON STREET, INC, a Florida corporation, and
HEITMAN CAPITAL MANAGEMENT LLC, an Iowa limited liability company,

　　Defendants.

---

### ORDER EXTENDING DISPOSITIVE MOTION DEADLINE

---

UPON CONSIDERATION of Defendant Heitman Capital Management LLC's Motion to Modify the Scheduling Order to Extend the Dispositive Motion Deadline to August 31, 2006 ("Motion") [Doc #60], and good cause having been shown:

IT IS HEREBY ORDERED that said Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the dispositive motion deadline is hereby extended for thirty-one days, to and including August 31, 2006. Counsel shall review the Court's courtroom Rig procedures. See Rm v.L. for the correct procedure for submission of proposed orders.

DATED this 3rd day of July, 2006.

BY THE COURT:

S/ PATRICIA A COAN
United States District Court Magistrate Judge

{00309654 / 1}