**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02021-REB-PAC

BRIDGWATER APARTMENTS, LLC, a Colorado limited liability company, f/k/a MESA
VERDE VILLAS, a California general partnership,

     Plaintiff,

v.

6401 SOUTH BOSTON STREET, INC., a Florida corporation, and
HEITMAN CAPITAL MANAGEMENT, LLC, a Florida limited liability company,,

     Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter before me is the **Stipulation for Dismissal With Prejudice** [#68],

filed August 22, 2006.  After careful review of the stipulation and the file, the court has

concluded that the stipulation should be approved and that this action should be

dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation for Dismissal With Prejudice** [#68], filed August 22,

2006, is **APPROVED**;

     2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs;

     3.  That the Trial Preparation Conference set for April 13, 2007, is **VACATED**;

and

4.  That the jury trial set to commence April 30, 2007, is **VACATED**.

Dated August 22, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**